UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

| | |
|---|---|
| ROSS MARKETING & CONSULTING LLC, ) <br> dba AUTOWORKS INTERNATIONAL, INC., ) <br> dba TORO AUTO REFINISHING, INC. ) <br>     EIN:   **-***8728, ) <br>         Debtor(s), ) <br> ) <br> PUBLIC SERVICE CREDIT UNION, ) <br>         Movant, ) <br> ) <br> Ross Marketing & Consulting LLC, ) <br> and Jeffrey L. Hill, Trustee, ) <br>         Respondent(s). ) | **CASE NO. 11-18729-ABC** <br><br> **CHAPTER 7** |

_____

**MOTION FOR RELIEF FROM STAY**
_____

      Public Service Credit Union, its predecessors, successors and assigns (Movant), through its attorneys, Shively Holst & Dowling, LLP, respectfully represents:

      1.    Jurisdiction is based on 11 U.S.C. Section 362(d).  This matter is related to a pending proceeding in the District of Colorado, 11 U.S.C., Chapter 7, Case No.: **11-18729-ABC**, designated as Ross Marketing & Consulting LLC.

      2.    Public Service Credit Union is a Creditor and party in interest of the Debtor and is entitled to bring this Motion in accordance with 11 U.S.C. Section 362(d) of the Bankruptcy Code and Rule 401 of the Local Rules of Practice with this Court.

      3.    Debtor owns certain real property located in Adams County, Colorado, more particularly described as:

LOT 3, CITY HORIZONS – FILING NO. 1, COUNTY OF ADAMS, STATE OF COLORADO

Also known and numbered as: 7880 N. Washington Street, Denver, CO  80229.

      4.    Debtor is obligated to Movant, which obligation is evidenced by the Promissory Note (Business/Commercial Purpose – 300 Month Amortization) (hereinafter "Promissory Note"), a true and correct copy of which is attached hereto as Exhibit "A".  The date of execution of the Promissory Note is April 29, 2008, and the principal amount of the Promissory Note is $2,080,000.00.  Said Promissory Note is secured by a Deed of Trust (hereinafter "Deed of Trust"), a true and correct copy of which is attached hereto as Exhibit "B", executed by the Debtor to the Public Trustee for the County of Adams, State of Colorado.  The Deed of Trust was recorded with the office of the Clerk and Recorder for Adams County on May 1, 2008 at Reception No. 2008000034696.  The Promissory Note and Deed of Trust create a first security interest in the above referenced property.

5. The Debtor is substantially in default under the obligations contained in said Promissory Note and Deed of Trust because no contractual mortgage payments have been made by the Debtor since approximately March 18, 2011 and the loan due and owing for February 15, 2011. As such, a default exists on this obligation and as a result Movant is presently inadequately protected. In addition, Movant has incurred additional fees for legal expenses, and may have to advance other funds to preserve and maintain its collateral for insurance, property taxes, foreclosure, HOA assessments, and other similar expenses, which will be presented to the Court at a hearing on this Motion. A copy of the Debtor's payment history is attached hereto as Exhibit "C".

6. According to the Summary Appraisal Report, attached hereto as Exhibit "D", the current value of the real property is $1,530,000.00, and this amount is substantially less than the sum of the first mortgage of $2,110,765.34.

7. Debtor has indicated in its Statement of Intention that it intends to surrender the real property and the property is believed to be abandoned by the Debtor, but has been secured by the Trustee.

8. The property is not necessary to an effective reorganization because the Debtor is proceeding under Chapter 7 of the Bankruptcy Code.

9. The enforcement of these liens or security agreements have been stayed by operation of 11 U.S.C. 362 (a). However, for the foregoing reasons, Movant is entitled to relief from the automatic stay under 11 U.S.C. 362 (d)(1) and (2) so that it may exercise those rights and remedies specified in its security agreement documents and as may otherwise be provided by applicable law with respect to the Movant's collateral, and for such other and further relief as may be proper.

10. Movant has confirmed that the Debtor is not on active military duty (see affidavit attached hereto).

WHEREFORE, Movant respectfully requests entry of an Order granting Relief From Automatic Stay from the Debtor's estate, to allow the Creditor to proceed solely *in rem* against the property described in paragraph three (3) above and that the Creditor be granted such further relief as may be proper.

Respectfully submitted this 2nd day of November, 2011.

SHIVELY, HOLST & DOWLING, LLP

/s/Tim Dowling
Counsel to Movant
Tim Dowling, No. 26891
514 Kimbark Street, PO Box 298
Longmont, CO  80501
P: 303-772-6666, F: 303-772-2822
Email: tim@shlaw.biz

## VERIFICATION

STATE OF COLORADO )
                               ) ss.
COUNTY OF BOULDER )

       Tim Dowling, having been duly sworn upon oath, states that he has read the foregoing Motion for Relief from Stay, and that the contents therein are true and correct to the best of his knowledge and belief.

                                                */s/Tim Dowling*
                                                Tim Dowling

       Subscribed and sworn to before me this 2nd day of November, 2011, by Tim Dowling.

                                                */s/ Brian J. Holst*
                                                Notary Public

My commission expires: 05/15/2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

| | |
|---|---|
| ROSS MARKETING & CONSULTING LLC,<br>dba AUTOWORKS INTERNATIONAL, INC.,<br>dba TORO AUTO REFINISHING, INC.<br>    EIN:   **-***8728,<br>        Debtor(s), | )<br>)<br>)<br>)<br>)<br>) |
| | ) **CASE NO. 11-18729-ABC** |
| PUBLIC SERVICE CREDIT UNION,<br>        Movant, | )<br>) **CHAPTER 7**<br>) |
| Ross Marketing & Consulting LLC,<br>and Jeffrey L. Hill, Trustee,<br>        Respondent(s). | )<br>)<br>) |

_____

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)**
_____

**OBJECTION DEADLINE: November 24, 2011.**

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **Thursday, December 1, 2011**, at **9:00 A.M.** at the U.S. Bankruptcy Court, Byron Rogers Federal Courthouse, 1929 Stout Street, Courtroom **(C-205)**, Denver, Colorado 80294.  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated,** and an order granting the relief requested may be granted without further notice to you.

Dated: **November 2, 2011**            /s/Tim Dowling                   
                                        Counsel to Movant
                                        Tim Dowling, No. 26891
                                        514 Kimbark Street, PO Box 298
                                        Longmont, CO  80501
                                        P: 303-772-6666, F: 303-772-2822
                                        Email: tim@shlaw.biz

**CERTIFICATION OF SERVICE**

The undersigned does hereby certify that on the 2nd day of November, 2011, the foregoing Motion for Relief From Stay, Notice of Hearing or Preliminary Hearing, and Affidavit of Military Service was placed in the US Mail with postage prepaid, addressed to:

Ross Marketing & Consulting LLC
1907 E. 129th Ave.
Thornton, CO 80241

Timothy Canty
8427 Custer Ln.
Evergreen, CO 80439

Jeffrey L. Hill
11911 S. Parker Rd.
Ste. 207
Parker, CO 80134

                                                                           */s/Tim Dowling*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

| | |
|---|---|
| ROSS MARKETING & CONSULTING LLC,<br>dba AUTOWORKS INTERNATIONAL, INC.,<br>dba TORO AUTO REFINISHING, INC.<br>  EIN:   **-***8728,<br>    Debtor(s), | )<br>)<br>)<br>)<br>) |
| | ) **CASE NO. 11-18729-ABC** |
| PUBLIC SERVICE CREDIT UNION,<br>    Movant, | )<br>) **CHAPTER 7** |
| | ) |
| Ross Marketing & Consulting LLC,<br>and Jeffrey L. Hill, Trustee,<br>    Respondent(s). | )<br>)<br>) |

_____

**AFFIDAVIT OF MILITARY SERVICE**
_____

COMES NOW, Tim Dowling, as Counsel for Movant, and in accordance with the Servicemembers Civil Relief Act ("SCRA"), 50 App. USC §501 et seq., hereby certifies, pursuant to §501(b)(1) and (4) that the Debtor in the above-referenced matter are not entitled to the protection afforded under the SCRA. At the time of filing this motion, the Debtor is not a person in the military service as that is defined in 50 USC § 511. In support of this affidavit, it is stated that:

  X    A request for the military status of the above-named Debtor by the undersigned from the Department of Defense Manpower Data Center indicated that the Debtor is not currently on active duty.

DATED: November 2, 2011           Respectfully submitted,

                                  SHIVELY, HOLST & DOWLING, LLP

                                  */s/Tim Dowling*
                                  Counsel to Movant
                                  Tim Dowling, No. 26891
                                  514 Kimbark Street, PO Box 298
                                  Longmont, CO  80501
                                  P: 303-772-6666, F: 303-772-2822
                                  Email: tim@shlaw.biz

## VERIFICATION

STATE OF COLORADO )
                               ) ss.
COUNTY OF BOULDER )

      The undersigned hereby declares under penalty of perjury that the facts used in support of this Affidavit of Military Service are true and correct to the best of his knowledge and belief.

                                               */s/Tim Dowling*
                                               Tim Dowling

Subscribed and sworn to before me this 2nd day of November, 2011, by Tim Dowling.

                                               */s/ Brian J. Holst*
                                               Notary Public

My commission expires: 05/15/2015