# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

| | |
|---|---|
| ROSS MARKETING & CONSULTING LLC, ) <br> dba AUTOWORKS INTERNATIONAL, INC., ) <br> dba TORO AUTO REFINISHING, INC. ) <br>     EIN:   **-***8728, ) <br>             Debtor(s), ) <br> ) <br> PUBLIC SERVICE CREDIT UNION, ) <br>             Movant, ) <br> ) <br> Ross Marketing & Consulting LLC, ) <br> and Jeffrey L. Hill, Trustee, ) <br>             Respondent(s). ) | **CASE NO. 11-18729-ABC** <br><br> **CHAPTER 7** |

## ORDER FOR RELIEF FROM STAY

UPON motion made by Public Service Credit Union for Relief from Stay, no response having been received thereto by the date set in the Notice for filing such response, it is hereby

ORDERED that the automatic stay instituted upon the filing of the Petition by the above-named Debtor, Ross Marketing & Consulting LLC, be and the same hereby is terminated with respect to Public Service Credit Union, and Movant shall be entitled to proceed with foreclosure of its interest on the Debtor's real property located at 7880 N. Washington Street, Denver, CO 80229.

AND such automatic stay is hereby terminated as to the above-described property so that Public Service Credit Union may proceed to pursue state law rights and remedies allowed under the loan documents.

DATED _____, 2011.

BY THE COURT:

_____
U. S. BANKRUPTCY JUDGE