# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

| | |
|---|---|
| ROSS MARKETING & CONSULTING LLC, | ) |
| dba AUTOWORKS INTERNATIONAL, INC., | ) |
| dba TORO AUTO REFINISHING, INC. | ) |
|     EIN:   **-***8728, | ) |
|         Debtor(s), | ) |
| | )    **CASE NO. 11-18729-ABC** |
| PUBLIC SERVICE CREDIT UNION, | ) |
|         Movant, | )    **CHAPTER 7** |
| | ) |
| Ross Marketing & Consulting LLC, | ) |
| and Jeffrey L. Hill, Trustee, | ) |
|         Respondent(s). | ) |

---

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)**

---

      On <u>November 2, 2011</u>, <u>Public Service Credit Union</u>, filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled <u>Motion for Relief From Stay</u>, (Docket No. 33).  Movant hereby certifies and shows the court:

      1.  Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court, (Docket No. 33), as is shown on the certificate of service previously filed with the notice.

      2.  A hearing on said motion/application was scheduled for <u>December 1, 2011</u> at <u>9:00 A.M.</u>

      3.  No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

      WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 33), granting the requested relief.

      DATED THIS 1st day of December, 2011.

                                                             SHIVELY, HOLST & DOWLING, LLP

                                                             By: */s/ Tim Dowling*
                                                             Counsel to Movant
                                                             Tim Dowling, No. 26891
                                                             514 Kimbark Street, PO Box 298
                                                             Longmont, CO  80501
                                                             P: 303-772-6666, F: 303-772-2822
                                                             Email: tim@shlaw.biz